IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

**TIMIKA GOVENS,**

    **Plaintiff,**

**v.**

**PUBLIC HEALTH MANAGEMENT CORPORATION,**

    **Defendant.**

**CASE NO.: 2:21-CV-01535-WB**

**JURY TRIAL DEMANDED**

**JOINT MOTION TO SEND COURT-APPROVED NOTICE, PROVIDE UPDATE TO PARTICIPATING CLASS MEMBERS, AND RESET FINAL HEARING DATE**

**Come now** the Parties to this Action, Timika Govens ("Plaintiff") and Public Health Management Corporation ("Defendant"), and move this Court for permission to send additional Court-approved notice of the above-styled case (the "Action"), to provide an update to Participating Class Members, and to reset the hearing date for the final approval hearing. In support they state as follows:

1. On September 13, 2023, the Court preliminarily approved the Parties' Settlement Agreement as fair and reasonable, and permitted Plaintiff to send notice to the Class Members in this Action [D.E. 30].

2. The parties have learned that certain individuals were inadvertently omitted from the list of Class Members. As a result, it is believed that not all Class Members have received the Class Notice.

3. In order to cure this error, the Parties have agreed to send the revised Class Notice, attached hereto as Exhibit A, to those Class Members who were not included in the original September 2022 Class Notice mailing pending the Court's approval. The Parties have agreed that these newly identified individuals will be provided a sixty-day period to opt-

in, opt-out, or object to the Settlement Agreement. The Parties further agree that the deadline to opt-in, opt-out, or object will not be extended for any individual who appeared on the initial class list and received Class Notice in September 2022. For the Court's convenience, the Parties have tracked the proposed changes to the original Class Notice, previously approved by the Court on September 13, 2022, which only amends the applicable dates, and to inserts the appropriate contact details for Class Counsel and the Claims Administrator.

4. To accommodate the second Class noticing process, the final approval hearing, which was scheduled for December 20, 2022, must be rescheduled. The Court has indicated that it has availability to conduct this hearing on May 11, 2023, at 10:00 a.m.

5. Those Class Members who have already joined, which is approximately 388 individuals, have a right to attend the final hearing, and must be notified of the new hearing date. The Parties have conferred and agreed on the language of the letter attached hereto as Exhibit B. The deadline to opt-in/opt-out/object has passed without any objectors or opt-outs. As such, the letter is addressed only to those Class Members to those who have joined the Action.

6. This Motion is not made for the purpose of delay or for other improper purpose. Granting this Motion will promote efficiency and fairness by ensuring that those who are eligible to participate in the action, and whose rights may be affected by it, can resolve their claims as part of this case, and do not need to bring separate claims. It also permits accurate information regarding the final hearing date to be disseminated to Participating Class Members.

7. This Motion supplements the Parties' oral motion for the relief requested herein, made at the video status conference held in this matter on November 22, 2022.

8. Wherefore, the Parties respectfully request that the Court enter the Order submitted herewith, allowing the Parties to send the revised Class Notice, as well as the letter to those Class Members who timely opted-in to the Action.

Respectfully submitted this 9th day of December 2022,

| | |
|---|---|
| **/s/ ANGELI MURTHY** | **/s/ CHRISTINE D. STEERE** |
| Angeli Murthy, Esq. | Andrew B. Adair, Esq. |
| PA Bar No.: 93699 | PA Bar No.: 70756 |
| MORGAN & MORGAN, P.A. | Christine D. Steere, Esq. |
| 8151 Peters Road, Ste. 4000 | PA Bar No. 84066 |
| Plantation, Florida 33324 | DEASEY, MAHONEY & VALENTINI, LTD. |
| Telephone: 954-318-0268 | 103 Chesley Drive, Suite 101 |
| Facsimile: 954-327-3016 | Media, PA 19063 |
| E-mail: amurthy@forthepeople.com | Telephone: 610-892-2732 |
| | Facsimile: 215-587-9456 |
| | Email: aadair@dmvlawfirm.com |
| | Email: csteere@dmvlawfirm.com |
| | *Attorneys for Defendant* |

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 9th day of December 2022, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which I understand will send a notice of electronic filing to all counsel of record.

/s/ ANGELI MURTHY
ANGELI MURTHY, ESQ.