IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

TIMIKA GOVENS,

    Plaintiff,                              CASE NO.: 2:21-CV-01535-WB

v.

PUBLIC HEALTH MANAGEMENT
CORPORATION,                                JURY TRIAL DEMANDED

    Defendant.

**ORDER PERMITTING ADDITIONAL COURT APPROVED NOTICE, UPDATE TO PARTICIPATING CLASS MEMBERS, AND RESETTING FINAL HEARING DATE**

**AND NOW**, this 13th day of December, 2022, upon consideration of the Parties' Joint Motion to send Court Approved Notice, Update Participating Class Members, and Reset Final Hearing Date, and the Court being fully apprised of the facts, the Court hereby **ORDERS** and **DECREES** the following:

1. The Court approves the form of the Class Notice attached to the Parties' Motion to Send Court Approved Notice as Exhibit A. The Class Notice is to be mailed by the Claims Administrator, by first class mail, to the newly identified Class Members who were not previously identified and sent notice in connection with the Court's September 13, 2022, Order [D.E. 30], to their last known mailing address. This Order does not extend any deadlines for any individuals who were previously included on the list of Class Members sent to the Claims Administrator in September 2022.

2. In order to facilitate the mailing of the Class Notice to individuals not included on the original list of Class Members, PHMC will provide to Class Counsel and the Claims Administrator a list of the newly identified Class Members, with all

-2-

information required by the terms of the Settlement Agreement, no later than January 15, 2023. The Claims Administrator shall mail such notice no later than ten days from the date the information is received.

3. In order to facilitate calculation of potential settlement share as to each individual not included on the original list of Class Members, PHMC will provide to Class Counsel the pay, time, and rate data in the same form as that supplied for the originally listed Class Members, no later than December 15, 2022.

4. The Court approves the letter the Parties propose to send to Participating Class Members, attached to their Motion as Exhibit B.

5. A final approval hearing is set for May 11, 2023, at 10:00 a.m. at The James A Byrne Federal Courthouse 601 Market Street Philadelphia, PA 19106 Courtroom 10-A.

6. All other terms of the Court's Preliminary Approval Order [D.E. 30] remain unchanged.

IT IS SO ORDERED this 13th day of December, 2022.

/s/Wendy Beetlestone, J.
United States District Judge Wendy Beetlestone