IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

TIMIKA GOVENS,

    Plaintiff,

vs.                            CASE NO.: 2:21-CV-01535-WB

PUBLIC HEALTH MANAGEMENT
CORPORATION,

    Defendant.
_____/

## UNOPPOSED MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT

1.    Plaintiff, Timika Govens ("Plaintiff" or "Govens"), for herself, and on behalf of the Class of individuals who (1) were paid an hourly rate for hours up to 75 hours in a bi-weekly pay period; (2) were classified or coded as being "exempt" or otherwise not being eligible or permitted to receive pay for over 75 hours worked in a bi-weekly pay period; and (3) were employed by Defendant during July 8, 2017, through December 22, 2021, moves the Court to enter an order and judgment that grants final approval and certification of the Class as defined in the Settlement and Release Agreement. Attached hereto as **Exhibit A** is the proposed Order Granting Final Approval of Settlement. All capitalized terms herein are defined as they are defined in the Settlement Agreement.

2.    By an order dated September 20, 2022, this Court preliminarily approved the Settlement and directed that Notice be provided to Settlement Class Members. By further order dated December 16, 2022, the Court ordered additional Notice to be sent to individuals inadvertently excluded from the first round of Notice.

3.    The primary terms of the Settlement are:

    a.    Payment by Public Health Management Corporation ("PHMC") to Participating Class Members of up to $3,936,000.000 to Authorized Claimants;

- 1 -

      b.      PHMC's payment of the attorneys' fees and litigation costs of Class Counsel, as awarded by the Court, and payment to the Claims Administrator;

      c.      PHMC's payment of Plaintiff's Service Award, as awarded by the Court:

      d.      In exchange for Defendant's settlement terms listed in a-c, above, the Participating Class Members (i.e., Settlement Class Members other than those who submit valid and timely Exclusion Letters) will release and forever discharge with prejudice Defendant, and each of its former and present predecessors, successors, parents, subsidiaries, franchisors, insurers, attorneys and affiliates, whatever its current or former legal names or legal entity status, and each of its respective current and former owners, officers, directors, board members, employees, partners, shareholders, attorneys and agents, and any other successors, assigns, heirs or legal representatives, from any and all claims, rights, demands, liabilities, and causes of action of every nature and description, whether known or unknown, for the period July 8, 2017 to the date of December 22, 2021, arising out of, based upon, or encompassed by: (a) any and all claims arising under Pennsylvania law that were asserted, or could have been asserted, in any complaint filed in this Action on behalf of any Settlement Class Member; (b) any and all claims for unpaid overtime under Pennsylvania law; (c) any and all claims for unpaid wages under Pennsylvania law; (d) any and all derivative claims relating to unpaid wages, minimum wage compensation or overtime; and (e) any and all related claims for penalties, interest, liquidated damages, attorneys' fees, costs, and expenses (collectively, the "Released Claims"). Authorized Claimants further release their FLSA claims.

      e.      The Action will be dismissed with prejudice;

      f.      The Court will enter an order barring the assertion of any claims released by members of the Class pursuant to the Settlement Agreement.

4.      As explained more fully in the memorandum accompanying this motion, final

approval of the Settlement should now be granted. Counsel have satisfied the procedural requirements set forth in the Settlement Agreement for giving Settlement Class Members Notice and an opportunity to object to the proposed Settlement. Nothing has come to light since entry of the Preliminary Approval Order that calls into question the Court's preliminary finding that Settlement should be approved.

5.  As of this date, no objections have been filed among the more than 2,800 Settlement Class Members who were sent the form of Class Notice.

6.  In addition to this Motion, Class Counsel has filed a Petition for attorneys' fees, and Service Award to Plaintiff, in accordance with the terms of the Parties' Settlement Agreement. Defendant does not oppose that Petition.

WHEREFORE, for the foregoing reasons and those stated in the supporting memorandum, Plaintiff respectfully requests that the Court enter an order granting final approval of the Settlement. A proposed form of Order is being submitted herewith as **Exhibit A**.

## LOCAL RULE 3.01(g) CERTIFICATION

Pursuant to Local Rule 3.01(g), the undersigned counsel for the Plaintiff certifies that she conferred with counsel for the Defendant in a good faith effort to resolve the issues raised by this Motion, and that the Defendant does not oppose the relief requested herein.

Dated this 27th day of April 2023.

Respectfully submitted,
**MORGAN & MORGAN, P.A.**

By: */s/ Angeli Murthy*
Angeli Murthy, Esq.
PA Bar No.: 93699
8151 Peters Road, Suite 4000
Plantation, Florida 33324
Tel: 954-318-0268
Fax: 954-327-3017
E-Mail: amurthy@forthepeople.com
*Class Counsel*

- 3 -

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was filed using the CM/ECF system on this 27th day of April, 2023, which I understand will send notification of same to all counsel of record.

/s/ Angeli Murthy
Angeli Murthy, Esq.